## 57478. HOLT v. TRAVELERS INSURANCE COMPANY et al.

QUILLIAN, Presiding Judge.

The evidence was sufficient to support the award of the State Board of Workers' Compensation.

*Judgment affirmed. Smith and Birdsong, JJ., concur.*

ARGUED MARCH 13, 1979 — DECIDED APRIL 9, 1979 — REHEARING DENIED APRIL 30, 1979 —

*Donna J. Salem,* for appellant.

*Neely, Player, Hamilton & Hines, Andrew J. Hamilton, B. A. Bladen, Vance S. Davis,* for appellees.